

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00815-CV

**IN THE ESTATE OF** Alvilda Mae **AGUILAR**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the orders of the trial court granting the motion to transfer venue and dismissing the lawsuit are REVERSED, and judgment is RENDERED denying the motion to transfer. It is ORDERED that appellants Anthony C. Aguilar and Michael A. Aguilar recover their costs of this appeal from appellees Margaret Morales and Jesus Morales.

SIGNED September 10, 2014.

Catherine Stone, Chief Justice